Tyrone HURT, Plaintiff–Appellant,

v.

Renee TERRELL, a/k/a Renee McGill, Defendant–Appellee.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States of America, Defendant–Appellee.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States of America; All Foreign Taxpayers, and its employers, across the nation, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States of America; Narcotic Agents (1972), Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States of America; The First (1st) to the Forty–Third (43rd) President of the United States, Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

United States of America; U.S. Constitution; The Country of North America; The International Criminal Court, (1946 Hague, Germany); Chiefs of Police, and All Law Enforcement Officials; Former Late President of the United States, Richard Nixon; The International Peace Court, (1946 Hague, Germany), Defendants–Appellees.

Tyrone Hurt, Plaintiff–Appellant,

v.

International Criminal Court, (1946) (Hague, Germany); International Peace Court, (1946) (Hague, Germany); Organizing for Action; Americans for Responsible Solutions; United States House of Representatives, (435 Members); United States Senate, (100 Members); U.S. Constitution; Democratic National Committee; Chiefs of Police, and all law enforcement officials all across this nation, Defendants–Appellees.

Nos. 15–2329, 15–2357, 15–2358, 15–2359, 15–2384, 15–2386, 15–2388.

United States Court of Appeals, Fourth Circuit.

Submitted: March 4, 2016.

Decided: March 18, 2016.

Tyrone Hurt, Appellant Pro Se.

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's orders dismissing his civil complaints under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the records and conclude that these appeals are frivolous. Accordingly, we dismiss the appeals for the reasons stated by the district court. *Hurt v. Terrell,* No. 5:15–cv00414–BO; *Hurt v. United States,* Nos. 5:15–cv–00328–BO, 5:15–cv–00334–BO, 5:15–cv–00424–BO, 5:15–cv–00324–BO, 5:15–cv–00484–BO; *Hurt v. International Criminal Court,* No. 5:15–cv–00518–BO (E.D.N.C. Oct. 14, 19, 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*